IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| VS. | * | CRIMINAL NO. M-16-00551 |
| | * | |
| GUILLERMO TREVINO | * | |

## STATEMENT OF ACCEPTANCE OF RESPONSIBILITY

I, **GUILLERMO TREVINO**, do hereby state that I accept responsibility for the crime that I have committed. I was fully aware that my actions were crimes against the United States of America. I was not forced, coerced or threatened in any way to commit such crimes and I acted voluntarily.

2-1-17
**Date**

_____
**GUILLERMO TREVINO**